UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**,

        Plaintiff,

v.

Case No. 15-CV-143

**ANTONIO SOTO**, d/b/a TAQUERIA EL LOCAL,

        Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Based upon the Stipulation for Settlement entered into by the parties in the above-captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendant shall pay to the plaintiff the total sum of $7,500.00 pursuant to the Stipulation for Settlement and Dismissal in this matter.

2. The Court hereby dismisses the case without costs to either party, and with prejudice.

Dated this 2nd day of November, 2015.

        BY THE COURT:

        s/ William C. Griesbach
        William C. Griesbach, Chief Judge
        United States District Court - WIED